**STATE of Missouri, Respondent,**

v.

**Damon L. ARNOLD, Appellant.**

No. WD 66804.

Missouri Court of Appeals,
Western District.

May 27, 2008.

Melinda K. Pendergraph, Esq., Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen. and Joshua N. Corman, Esq., Jefferson City, MO, for respondent.

Before Div IV: HOWARD, C.J., HARDWICK and WELSH, JJ.

ORDER

PER CURIAM.

Damon Arnold challenges the sufficiency of the evidence to support his conviction on one count of forgery, Section 570.090, RSMo 2000. For reasons explained in the Memorandum provided to the parties, we affirm the judgment. Rule 30.25(b).